CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seaback, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DANIEL W. BALLESTEROS (SBN:142003)
daniel.ballesteros@hogefenton.com
GEORGE H. CASEY III (SBN: 324835)
george.casey@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583
Attorneys for Defendant
Green Valley Corporation, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

   Plaintiff,

  v.

GREEN VALLEY CORPORATION,
a California Corporation;
ALEJANDRO RAMOS; and Does 1-
10,

   Defendants.

Case: 4:19-CV-00205-YGR

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii**

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

10/24/2019

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated: October 20, 2019        CENTER FOR DISABILITY ACCESS


                               By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff

Dated: October 20, 2019        HOGE, FENTON, JONES & APPEL, INC.


                               By: /s/ Daniel W. Ballesteros
                                   Daniel W. Ballesteros
                                   George H. Casey III
                                   Attorneys for Defendant
                                   Green Valley Corporation

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Daniel W. Ballesteros, counsel for Green Valley Corporation, and that I have obtained authorization to affix his electronic signature to this document.


Dated: October 20, 2019                    CENTER FOR DISABILITY ACCESS


                                    By: /s/ Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorneys for Plaintiff